AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PLAINTIFF,
Torrey D. Baker

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,
Ozzie D. Knezovich, et al

CASE NUMBER: 08-CV-350-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

May 29, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson